# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CHRISTOPHER J. GRENINGER                         Case Number: 07-72593
         320 CUNAT BLVD.              SSN-xxx-xx-3069
         RICHMOND, IL  60071

                                                Case filed on:     10/24/2007
                                                Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHRISTOPHER J. GRENINGER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL AUTO LTD | 20,479.02 | 19,616.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 5,508.90 | 5,508.90 | 0.00 | 0.00 |
| 006 | NATIONAL CITY | 600.00 | 600.00 | 0.00 | 0.00 |
|  | Total Secured | 26,587.92 | 25,724.90 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL AUTO LTD | 0.00 | 604.11 | 0.00 | 0.00 |
| 003 | FIRST HORIZON HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FIRST TENNESSEE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | KENSINGTON MANOR OF RICHMOND CONDO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL 1 BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHASE BANK USA NA | 1,829.26 | 1,280.48 | 0.00 | 0.00 |
| 010 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITIBANK / SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CARY KRAUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,829.26 | 1,884.59 | 0.00 | 0.00 |
|  | Grand Total: | 28,417.18 | 27,609.49 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 01/29/2008              By  /s/Heather M. Fagan